DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONRAD & SCHERER, LLP,**
Appellant,

v.

**SEGALL GORDICH, P.A., STARBOARD SIDE HOLDINGS, LLC,
DEBORAH RODRIGUEZ** and **LAWRENCE GORDICH,**
Appellees.

No. 4D22-230

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE-16-005717(21).

William R. Scherer, Russell R. O'Brien and Michael J. Mariani of Conrad & Scherer, LLP, Fort Lauderdale, and Harley S. Tropin and Gail A. McQuilkin of Kozyak Tropin & Throckmorton, Coral Gables, for appellant.

Andrew S. Berman and Christina Ferreiro of Young, Berman, Karpf & Karpf, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***